GRAYSTONE BANK, Appellee

v.

GROVE ESTATES, L.P., Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Appellant.

Graystone Bank, Appellee

v.

Maximus Fugacious, LLC, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Inc., Appellant.

Graystone Bank, Appellee

v.

Grove Estates, LP, Appellant.

Graystone Bank, Appellee

v.

Grove Estates, LP, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Appellant.

Graystone Bank, Appellee

v.

Maximus Fugacious, LLC, Appellant.

Graystone Bank, Appellee

v.

Timothy F. Pasch, Inc., Appellant.

Supreme Court of Pennsylvania.

Argued Nov. 20, 2013.
Decided Nov. 26, 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Grove Estates, LP in Nos. 49 MAP 2013, 53 MAP 2013, 54 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Maximus Fugacious, LLC in Nos. 51 MAP 2013, 56 MAP 2013.

Gilbert B. Abramson, Esq., Michael Tolcott, Esq., Gilbert B. Abramson & Associates, L.L.C., Philadelphia, for Timothy F. Pasch, Inc. in Nos. 50 MAP 2013, 52 MAP 2013, 55 MAP 2013, 57 MAP 2013.

Andrew Joseph Benchoff, Esq., Donald L. Kornfield, Esq., Kornfield & Benchoff, L.L.P., Waynesboro, John N. Keller, Esq., Keller, Keller and Beck, L.L.C., Waynesboro, for Graystone Bank.

BEFORE: CASTILLE, C.J., SAYLOR, EAKIN, BAER, TODD, MCCAFFERY, STEVENS, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 26th day of November, 2013, the order of the Superior Court is hereby **AFFIRMED.**

Justice STEVENS did not participate in the consideration or decision of this case.

Frances **KEENE**

v.

## WORKERS' COMPENSATION APPEAL BOARD (OGDEN CORPORATION).

**Petition of Ogden Corporation.**

Supreme Court of Pennsylvania.

Dec. 9, 2013.

### ORDER

PER CURIAM.

**AND NOW,** this 9th day of December, 2013, the Petition for Allowance of Appeal is **GRANTED,** the order of the Commonwealth Court is **VACATED,** and the mat-